UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LAMONT CAMBELL,

    Plaintiff,

-vs-                                                                   Case No:  23-CV-01547

JIMMY HYATT, et al,                          Hon. Stephen R. Welby

    Defendants.

**ENTRY OF APPEARANCE**

TO:    Clerk of the Court
         All Counsel of Record

    Kindly enter my appearance as counsel on behalf of Defendants, **Jimmy Hyatt and The St. Louis**, in the above captioned matter.

**NATHAN & KAMIONSKI LLP**

                                      By:   */s/ Avi Kamionski*
                                                  Avi Kamionski 6283191IL
                                                  206 South Jefferson Street
                                                  Chicago, IL 60661
                                                  (312) 612-1928
                                                  akamionski@nklawllp.com

                                                  *Attorneys for Defendants Jimmy Hyatt and the City of St. Louis*

Dated:   December 27, 2024

## CERTIFICATE OF SERVICE

    I hereby certify that on December 27, 2024, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, which will send notification to all registered parties.

                                      */s/ Kimberly A. Moin*
                                      Kimberly A. Moin, Paralegal