**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LAMONT CAMBELL, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) No. 4: 23-cv-01547 |
| | ) |
| JIMMY HYATT, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO WITHDRAW DOCUMENTS 72, 73 AND 74**
**(OBJECTION TO SUBPOENA; MOTION TO QUASH; AND MEMORANDUM)**

COMES NOW non-party Missouri State Public Defender System / Office of State Public Defender (hereafter MSPD), through undersigned counsel, and moves to withdraw Documents 72, 73 and 74, which MSPD filed on June 5, 2025, because the parties have informed MSPD that they have reached an agreement regarding the files and records which were the subject of the subpoena at issue in those documents.

Specifically, the documents which MSPD moves to withdraw are:

1.      Document 72:  Objection To Subpoena For Attorney-Client Files And Related Records Of Lamont Cambell;

2.      Document 73:  Motion To Quash Subpoena For Attorney-Client Files And Related Records Of Lamont Cambell; and,

3.      Document 74:  Memorandum In Support Of Motion To Quash Subpoena For Attorney-Client Files And Related Records Of Lamont Cambell.

1

WHEREFORE, MSPD respectfully requests that this Court order that Documents 72, 73, and 74 be withdrawn.

Respectfully submitted,

*/s/ J. Gregory Mermelstein*

_____
J. Gregory Mermelstein, MoBar #33836MO
Deputy Director & General Counsel
Missouri State Public Defender
Woodrail Centre, Bldg. 7, Suite 100
1000 W. Nifong Blvd.
Columbia, MO 65203
Phone 573-777-9977
Fax 866-510-3916
Greg.Mermelstein@mspd.mo.gov

**Attorney for Non-Party MSPD**

## Certificate of Service

I hereby certify that on June 9, 2025, a true and correct copy of foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all registered counsel of record.

*/s/ J. Gregory Mermelstein*

_____
J. Gregory Mermelstein, MoBar #33836MO