# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LAMONT CAMBELL, | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Case No. 4:23-CV-01547-SRW |
| JIMMY HYATT, et al., | ) ) ) |
| *Defendants* | ) |

## MOTION TO WITHDRAW

COMES NOW Wayne Michael Jordan III of the firm Newman, Comley & Ruth P.C. and hereby moves the Court for permission to withdraw from his appearance on behalf of Plaintiff in the above-entitled matter. For his motion the undersigned states:

1. The undersigned has resigned his position at Newman, Comley & Ruth P.C. and will begin new employment, effective June 13, 2025.

2. Michael G. Berry of the firm Newman, Comley & Ruth P.C. has entered his appearance as counsel on behalf of the Plaintiff represented by the undersigned.

3. Good cause to grant the motion to withdraw exists in that Plaintiff will continue to be represented by counsel Michael G. Berry.

WHEREFORE, the undersigned prays that he be granted leave to withdraw as counsel of record for Plaintiff.

Respectfully submitted,

**NEWMAN, COMLEY & RUTH P.C.**


 /s/ Wayne Michael Jordan III
Wayne Michael Jordan III     #74469
601 Monroe Street, Suite 301
P.O. Box 537
Jefferson City, MO 65102
(573) 634-2266
FAX: (573) 636-3306
jordanw@ncrpc.com

**ATTORNEY FOR PLAINTIFF**


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of June, 2025, a true and accurate copy of the foregoing was filed electronically with the Court to be served by operation of the Court's electronic filing system.


 /s/ Wayne Michael Jordan III
Wayne Michael Jordan III