**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LAMONT CAMBELL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:23-CV-1547 SRW |
| JIMMY HYATT, et al., | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Defendants' Unopposed Motion to Depose Incarcerated Witness Keyon Draper (ECF No. 81) and Unopposed Motion to Depose Incarcerated Witness Demetry Coleman (ECF No. 82). Both witnesses are incarcerated at USP Beaumont in Beaumont, Texas. Defendants assert the witnesses have information material to the case. Plaintiff does not object to the depositions.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Unopposed Motion to Depose Incarcerated Witness Keyon Draper (ECF No. 81) and Unopposed Motion to Depose Incarcerated Witness Demetry Coleman (ECF No. 82) are **GRANTED**. Counsel for all parties must work with USP Beaumont staff to ensure the deposition takes place at a time and in a manner that is mutually convenient for all.

So Ordered this 25th day of June, 2025.

_____
**STEPHEN R. WELBY**
**UNITED STATES MAGISTRATE JUDGE**