**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

LAMONT CAMBELL,

      Plaintiff,

-vs-                                        Case No: 23-CV-01547

JIMMY HYATT and THE CITY OF      Hon. Stephen R. Welby
ST. LOUIS,

      Defendants.

## ENTRY OF APPEARANCE

TO:    Clerk of the Court
          All Counsel of Record

      Kindly enter my appearance as counsel on behalf of Defendants, **Jimmy Hyatt and The City of St. Louis**, in the above captioned matter.

**NATHAN & KAMIONSKI LLP**

By:    */s/ Ronnie L. White, II*
        Ronnie L. White, II (MO 67165)
        4220 Duncan Avenue, Suite 201
        St. Louis, MO 63110
        (314) 597-8868
        rwhite@nklawllp.com

        *Attorneys for Defendants Jimmy Hyatt and*
        *The City of St. Louis*

Dated: February 17, 2026

## CERTIFICATE OF SERVICE

    I, Ronnie L. White, II, an attorney, hereby certify that on February 17, 2026, I electronically filed the foregoing Appearance with the Clerk of the Court by using the CM/ECF system, which will send notification to all registered parties.

                                            */s/ Ronnie L. White, II*