**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| LAMONT CAMBELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )      Case No. 4:23-cv-01547-SRW |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
|     Defendants. | ) |

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

---

**Option 1**

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.

---

**Option 2**

In accordance with the Court's Order Referring Case to ADR,

☒      A final ADR conference was held on:  July 14, 2026         .

☒      All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐      The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.
_____

The ADR referral was concluded on  July 14, 2026          and the parties [☒ did ☐ did not] achieve a settlement.

---

**Option 3**

☐      Although this case was referred to ADR, a conference WAS NOT HELD.


July 17, 2026                /s/  Bradley A. Winters_____
Date                            Neutral